# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NICHOLAS P. SOLMO & VICKY L. SOLMO  
123 COLUMBIA STREET, NW  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-8174 & xxx-xx-7255

Case Number: 05-71599

Case filed on: 4/5/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,000.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 203 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICHOLAS P. SOLMO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HINSHAW & CULBERTSON | 7,612.50 | 7,612.50 | 7,612.50 | 1,347.15 |
| 003 | CHASE HOME FINANCE | 12,043.69 | 12,043.69 | 12,043.69 | 0.00 |
|  | Total Secured | 19,656.19 | 19,656.19 | 19,656.19 | 1,347.15 |
| 001 | HINSHAW & CULBERTSON | 7,704.66 | 7,704.66 | 362.06 | 0.00 |
| 002 | FIRST MIDWEST BANK | 8,243.22 | 8,243.22 | 387.37 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCIAL SERVICES | 2,370.79 | 2,370.79 | 111.41 | 0.00 |
| 006 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BARRINGTON ORTHOPEDIC SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RICHARD SNOW, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CUNSUMERS WATER COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DISCOVER FINANCIAL SERVICES | 10,759.49 | 10,759.49 | 505.61 | 0.00 |
| 013 | ERIC BOHL DDS | 310.00 | 310.00 | 14.57 | 0.00 |
| 014 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MALCOLM S. GERARD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEDICAL COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 82.50 | 82.50 | 3.88 | 0.00 |
| 022 | NORTHWEST HEALTH CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 131.00 | 131.00 | 6.16 | 0.00 |
| 024 | PPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 694.88 | 694.88 | 32.65 | 0.00 |
| 026 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | AFNI/VERIZON | 145.36 | 145.36 | 6.83 | 0.00 |
| 029 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PHYSICIANS IMMEDIATE CARE | 535.70 | 535.70 | 25.17 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 103.00 | 103.00 | 4.83 | 0.00 |
|  | Total Unsecured | 31,080.60 | 31,080.60 | 1,460.54 | 0.00 |
|  | Grand Total: | 53,600.79 | 53,600.79 | 23,980.73 | 1,347.15 |

Total Paid Claimant:    $25,327.88  
Trustee Allowance:    $1,672.12  
Percent Paid Unsecured:    4.70

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois
Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan